UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASLADI MERCHANT, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-3373-X |
| | § | |
| KRISTI NOEM et al., | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is Plaintiff Asladi Merchant's Petition for Writ of Habeas Corpus (Doc. 1) and Motion for Temporary Restraining Order (TRO) filed December 8, 2025. (Doc. 2). Rule 65 of the Federal Rules of Civil Procedure provide that notice should be provided to the opposing party before a TRO is issued. Merchant seeks to obtain an *ex parte* order; however, Merchant has failed to carry his burden for relief to be granted without notice. Accordingly, Merchant is directed to provide notice of his request to Defendants in a manner designed to apprise them of it and shall file a pleading on the docket of this case explaining how it provided Respondents-Defendants with notice.

The Court **DIRECTS** Merchant to provide the Court with proof of service within twenty-four hours of the issuance of this Order.[1] Insofar as Merchant's TRO requests *ex parte* relief, the Court **DENIES WITHOUT PREJUDICE** such relief unless Merchant presents information that Respondents-Defendants intend to

---

[1] *See* FED. R. CIV. P. 65(b)(1)(B).

imminently remove Merchant to a third country to deprive the Court of jurisdiction over this matter.

Additionally, to expeditiously resolve the issues presented, the Court **ORDERS** expedited briefing. Respondents-Defendants shall file a response to the emergency motion and the habeas petition by December 23, 2025. Petitioner-Plaintiff shall file a reply by December 30, 2025.

**IT IS SO ORDERED** this 9th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE