UNITED STATES DISTRICT COURT
FOR THE Northern District of Texas
Dallas

| | |
|---|---|
| Asladi Merchant § | |
|     Petitioner, § | |
| § | |
| v. § | Case Number: 3:25−cv−03373−X−BK |
| § | |
| Kristi Noem § | |
|     Respondent. § | |

# ORDER AND INSTRUCTIONS TO PARTIES

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.

**SERVICE OF PROCESS:** The Clerk of the Court is directed to **ELECTRONICALLY SERVE** a copy of this order and of the petition and any supporting documents on the designated government attorney for the United States Attorney for the Northern District of Texas.

**RESPONSIVE PLEADINGS:** Respondent is **ORDERED** to file an answer or other responsive pleading no later than 12/23/2025. *See* Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts (providing that "[t]he district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)."); Rules 4 and 5 (addressing responsive pleadings).

A copy of the answer or response, together with a copy of any brief filed therewith, will be served on Petitioner and a certificate of service will be filed with the Clerk of the Court evidencing such service.

**PETITIONER'S OPPORTUNITY TO REPLY:** As provided by Rule 5(e), Petitioner **MAY FILE** a reply brief to Respondent's answer within **thirty (30) days** from the date of service of the answer. A reply must be limited to the arguments raised in the Respondent's answer/responsive pleading, shall not include any new allegations of fact or new grounds for relief, and shall not exceed the ten−page limit for replies set out in Local Civil Rule 7.2(c). Petitioner shall mail a copy of any reply to Respondent's counsel.

**BRIEFS:** Briefs should be submitted on letter size paper, 8.5" by 11", and should be double spaced. Each argument with supporting citations in the brief should clearly specify the specific ground or numbered paragraph of the filing it seeks to support or oppose. A copy of any brief must be served by mail on the opposing party or counsel, if represented by counsel, and a certificate reflecting such service must be included in the brief.

SIGNED 12/10/2025.

                                                                       Renee Harris Toliver
                                                                       Magistrate Judge